UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:20 CR 113-PPS/JEM |
| ) | |
| MAYHALIA JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Mayhalia Johnson's agreement to enter a plea of guilty to Count 8 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 31, 32.] Following a hearing on the record on June 9, 2021 [DE 32], Judge Martin found that defendant understands the charge, her rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into her agreement to enter a plea of guilty to Count 8 of the indictment charging her with making a false statement with respect to information required by law to be kept in the records of a federally licensed firearms dealer, in violation of 18 U.S.C. § 924(a)(1)(A); and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely

objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Mayhalia Johnson's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 32] in their entirety.

Defendant Mayhalia Johnson is adjudged GUILTY of Count 8 of the indictment.

The sentencing hearing is SET for October 22, 2021 at 9:00 a.m. Hammond/Central time.

ENTERED: June 25, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT