IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:20-CR-113 |
| | ) | |
| MAYHALIA JOHNSON | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

Comes now the Defendant, Mayhalia Johnson, by counsel, James N. Thiros, and submits the following sentencing memorandum. For the reasons set forth below, Mayhalia Johnson will be requesting a variance from USSG sentencing guidelines, in that she will be asking the Court to impose a term of probation.

## SENTENCING STATUTES AND ADVISORY GUIDELINES

Pursuant to statute, Mayhalia Johnson faces a maximum sentence of 5 years incarceration and up to 3 years of supervised release. Because the offense of conviction is a Class D Felony, Mayhalia Johnson is eligible for not less than 1 and not more than 5 years probation. 18 USC §3561(c)(1). The advisory sentence guideline range for imprisonment is 10 -16 months, and because the applicable guideline range is in Zone C of the sentencing table, the minimum term of incarceration may be satisfied as outlined in paragraph 67 of the final presentence investigation report. (DE 41). As noted above, the Defendant is requesting the Court to sentence the Defendant to no incarceration, and to sentence her to a term of probation.

1

## NATURE AND CIRCUMSTANCES OF THE OFFENSE AND THE HISTORY AND CHARACTERISTICS OF THE DEFENDANT

The Defendant has plead guilty to Count 8 of the indictment and admitted making a false statement with respect to her place of residence on the ATF form 4473 when she made the firearm purchases. During the 5-6 month time period in question, the Defendant was living in various residences in East Chicago, Indiana. Her valid drivers license had one of her previous addresses of 4517 Magoun Avenue, East Chicago, Indiana, which is the address she used when she filled out the ATF form. It appears that the ATF began investigating Mayhalia after one of the firearms she purchased was seized from a family member in February 2020 by Calumet City police department. Mayhalia told ATF agents she inadvertently left the gun at the family member's house. The whereabouts of the 2 firearms that Mayhalia purchased in February and May of 2020 are unknown, however, she did report one of them stolen to the East Chicago police department on June 25, 2020. The firearm she purchased on June 2, 2020 was seized from her by ATF agents when they interviewed her in August 2020.

Although the ATF agents suspected Mayhalia of purchasing firearms for members of the "Atlas Crew" and "MBS" street gangs, she was unwaivering in denying that fact when confronted with those allegations during the August 2020 interview by ATF agents. Other than being observed on video surveillance with other individuals at the time that she was purchasing some of the firearms, there is no other evidence supporting the proposition that she was a straw purchaser.

Other than an arrest for a minor shoplifting case in 2018, the Defendant has no criminal history besides traffic offenses. She is a high school graduate who has lived in the East Chicago area for her entire life. She has maintained a good relationship with her parents and her full sibling, and has been in a relationship with Jenae Ross for approximately one year. Mayhalia cares for Jenae because she has chronic disease, as well as Jenae's sisters. In addition to providing care and supervision for her partner and her partner's sisters, she also helps supervise her nephew on the weekends or whenever else her assistance is needed. The Defendant has a respectable employment history dating to 2017, and currently is working as a delivery driver for FedEx.

## NEED FOR THE SENTENCE IMPOSED TO REFLECT THE SERIOUSNESS OF THE OFFENSE, TO PROMOTE RESPECT FOR THE LAW, AND TO PROVIDE JUST PUNISHMENT

As previously stated, Mayhalia Johnson is asking the Court to impose no incarceration, and to place her on probation for a reasonable period of time with reasonable conditions. Although ATF agents suspected Mayahlia of nefarious intentions, she denies that she was a straw purchaser or a firearm trafficker. Clearly it is concerning that she was not more responsible with keeping track of the firearms she purchased, but there is no evidence which supports a finding that she knowingly or intentionally provided firearms to people who could not legally possess them. It was wrong for Mayhalia to provide false information on the ATF form when she purchased the firearms, and she has admitted as much in her plea agreement.

Mayahlia is not a dangerous individual from whom society needs to be protected, with no history of violence or numerous arrests and convictions. She has demonstrated her ability to lead a law abiding life as evidenced by her conduct and behavior while on supervised release since August 2020, with only one violation for a positive drug test in August 2021. Mayhalia Johnson is an excellent candidate for probation and such a sentence would be appropriate in light of all the factors this Court is required to consider in imposing the ultimate sentence.

Respectfully submitted,

s/JAMES N. THIROS
James N. Thiros #14408-45
Thiros and Thiros, P.C.
200 E. 90th Drive
Merrillville, Indiana 46410
Ph. (219) 769-1600
Fax (219) 738-3769
E-mail: jim@thiros.com

CERTIFICATE OF SERVICE

I certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which  sent notification of such filing to Assistant United States Attorney, Michael Toth.

s/JAMES N. THIROS
James N. Thiros #14408-45
Thiros and Thiros, P.C.
200 E. 90th Drive
Merrillville, Indiana 46410
Ph. (219) 769-1600
Fax (219) 738-3769
E-mail: jim@thiros.com